Call the case 11-2-3-5-1-2-0-8-0-11-2-4-1-3 Donald Metzger v. Rhee Okay, be mindful of the fact that I don't use the timing lights, but I'm going to hold you to the time, so kind of watch your clock. Good morning. Good morning. So, please record, I am Donald Metzger, the appellate in the case. The Canaan Presbyterian Church Corporation, an Illinois not-for-profit corporation, since its formation in 1977, is and has been a separate, independent, self-governing, legal entity, not a part of Canaan Presbyterian Church, the church, and not subject to the authority of the Presbyterian Church USA, called PCUSA, either legal or ecclesiastical. What do your Articles of Incorporation say about that? I beg your pardon? What do your Articles of Incorporation say about that? The Articles of Incorporation say nothing about any kind of affiliation, jurisdiction, submission, suggestion to authority, being a part of anything. The Articles of Incorporation specify a board of directors. Under the Illinois not-for-profit corporation law, a board of directors manages the affairs of the corporation. The Articles of Incorporation don't say that it was incorporated for the purpose of religious exercise under the Constitution of the Presbyterian Church? Yes, the Articles say that the purpose was to hold religious exercise based on the constitutions and doctrines of the church. Incorporation was formed in 1977, about a year after the church congregation was formed. Mr. Metzger, what does the purpose clause in the Articles of Incorporation mean if it doesn't mean that the CDC corporation wishes to abide by the Constitution of PCUSA? Isn't that what that purpose clause means? Why don't you tell me what it means to you? Sure. The clause is a statement of the incorporators or the corporation of its intent to engage in a certain activity according to certain principles. The activity of the corporation holding religious exercise. In other words, engaging in or supporting the practice or expression or worship of religion based on certain principles, the principles of the Presbyterian Church. The corporation could not have intended to affiliate with the Presbyterian Church, PCUSA, because there was no church that it supported that was part of PCUSA. The church that it supported was formed in 1976. The congregation began to worship. And then incorporators formed this corporation in 1977. So is the order of formation the governing or determining factor as to whether or not the PCUSA has authority or dominance over this corporation? It's much more than the order of incorporation. The order of incorporation is of special significance here because the church that was supported by the corporation did not affiliate with PCUSA until 1979, two years later. So the purpose of the corporation, the intention, could not have been to be part of or affiliated with what was really a non-existent church at that point. The independent church was not part of PCUSA. But much more is required for a corporation to be subject to PCUSA. The PCUSA is a Protestant religious denomination. Part of its constitution is the Book of Order, which contains rules for government, worship, and discipline. A member local church is a congregation which has been constituted and organized as a church and accepted into PCUSA as what is called a particular church. The Book of Order requires that a particular church, when permitted by civil law, shall cause a corporation to be formed and maintained. The Companion, the interpreter of the Book of Order issued by the Office of General Assembly of the Church, quoted in the brief states, As soon as the new church is ordered and the session is elected and begins to function, steps must be taken to cause a corporation to be formed under the appropriate laws of the state. The Book of Order describes certain interconnections which must exist in order for a corporation to be subject to any kind of authority of PCUSA. Formation by a particular church. Commonality of membership. Members of the church must be members of the corporation. Commonality of governance. Either the session of the church must be the board of directors of the corporation, or there must be an election procedure where the members of the church nominate the persons to be directors of the corporation. And finally, the provision of certain powers, which are outlined in 7.0402 of the Book of Order, that the corporation should exercise with respect to the church, subject to PCUSA, subject to the authority of the session. And it's apparent from those requirements what the purpose is, because at the same time as PCUSA imposes these prescriptions for a corporation to be subject to it, it recognizes that when a particular church forms a corporation, the congregation does not become incorporated, but forms a corporation. The particular church and the corporation are two separate entities. An ecclesiastical entity governed by a session, and a civil corporation governed by its board of directors. This is also quoted in the briefs. So the point of all of this is what, Mr. Metzger? The point is that a corporation that has some activity connected with a church, or engages in support that has been established under Illinois law as an independent legal entity, is not subject to the authority of PCUSA if the church affiliates with PCUSA under Illinois law, governed by a board of directors, independent, self-governing, and under PCUSA rules. And it's affiliated for what, just for the exercise of affiliating? They don't have, there's no, PCUSA has no authority, or either apparent or actual over them, and they're just affiliated just for... Well, I'm not sure, Your Honor, by they, if you're referring to the church or the corporation. The church certainly affiliated. Two years after the corporation was formed, the church joined PCUSA, the congregation petitioned to join, and joined PCUSA. Now, at that time, this independent corporation had been in existence for two years. The church became a member, a particular church in PCUSA. It, of course, is subject to the authority of PCUSA. The session of the particular church is subject... Did the church cause the corporation to be formed? No, we, there's no information... Well, the church was in existence before, and the corporation was formed a couple years later. How'd that come about? The congregation started in 1976. The corporation was formed in 1977, about a year later. And all we have in the record is that it was formed by four incorporators. We have nothing beyond that as to... Well, if the church existed before the corporation was formed, and then the corporation was formed later, I mean, can there be a reasonable inference that the church, that the leadership of the church formed or authorized the formation of the corporation? And if that is, just assuming for argument's sake that that is, in fact, true, does that mean anything, or does it not mean anything? No, it doesn't mean anything because of the requirements of PCUSA prescriptions. So, I understand the idea that somebody connected with this church formed the corporation. I think we can assume that. I don't think anyone from another state just came in and formed a PC corporation. So it has to be, the genesis of this, I think it's reasonable to assume, was out of that church. And I think my question was, you know, does that have any significance in this litigation as far as you're concerned, or was it just formed for the hell of it? Well, neither, Your Honor. It has no significance, but it wasn't formed just for the hell of it. The corporation was formed for, to engage in... I don't want to go beyond the descriptions in the record, but to engage in supporting the church. But even if it's formed by the church, even if it had language of affiliation, it could not possibly be subject to the authority of PCUSA under Illinois law, because it's independent and governed by the Board of Directors, or under PCUSA. And what I wanted to say before your question was that you can see the importance of the PCUSA required interconnections. Without those interconnections, and as PCUSA recognizes, corporation is a separate entity governed by its Board of Directors. The church is a separate entity governed by its session. But with those interconnections, even though the corporation is governed by its Board of Directors, the PCUSA exercises authority over that corporation through the Board of Directors by a common membership. So you're representing both CPC, the corporation, and CPC, the church? I mean, it's... Where are you? In what form? In the earlier litigation. In the 2007 litigation? So I represented the corporation. I was hired by the corporation. That's not according to the trial judge. Yes. According to the trial judge, you represent individual members, and not the church. That was Judge Epstein's ruling, wasn't it? No, that wasn't Judge Epstein's ruling. It wasn't? No. Judge Epstein's ruling was that the administrative commission acting as the session had standing to bring the action in that case against Pastor Reed, whom it had removed from his past. Who did you file an appearance on behalf of? On behalf of the corporation and the five directors. And what happened to your appearance on behalf of the corporation? The purpose was to intervene. It was stricken, wasn't it? I don't believe it was stricken, Your Honor. You were not allowed to intervene on behalf of the corporation? No, on behalf of the directors. You were allowed to intervene on behalf of the directors? Correct. But not on behalf of the corporation? Correct. So let's be a little candid. You didn't represent the corporation in this litigation, did you? You represented the individual directors. That's right. It was my representation in the litigation. I represented the directors. But I represented the corporation. My representation was beyond what I did in that litigation. How did you represent? Okay. I represented the corporation in various corporate matters. Okay. So then you are seeking fees for work that you did for the corporation beyond the litigation? Well, the totality of the fees includes work beyond the litigation. But your bills only say legal services. Do you think we need to know what work was done on behalf of the corporation? My bills are itemized in great detail, but they aren't part of this record. This record only has general, it states general legal services. Correct, because the services have not been an issue at all. But the issue is what, part of it is what you, what was the agreement? Well, the agreement is in the record. The agreement was that I was hired by the corporation. Are you referring to the resolution? Yes. Well, those resolutions only say that the board was authorized to hire you, if you will, or retain you. And that Mr. Rhee was given authority to execute contracts to carry that out. Well, I believe, I don't have it in front of me, Your Honor, but I believe the language in the resolution was that Metzger was engaged by the corporation to represent its interests in connection with the litigation and other matters. And when I entered the litigation, there already was an attorney representing the defendant, Reverend Rhee. And I entered, first I had filed a motion for... Yeah, I'm just, I have a difficulty understanding what the agreement was. You represented the directors in their individual capacity? Or as directors of the corporation. Not in their individual capacity at all. Well, it definitely says that everything that you filed was for them individually. Well, a lot of things have been said, but... Is the director of a corporation a separate entity apart from the individual? The director of a corporation is really the agent of the corporation. When you get sued as a director, you get sued as an individual. You don't get sued as a corporation. You don't get sued as a partnership. You don't get sued. You may very well be an agent of a corporation, and you may cause the corporation to be liable for your acts. But when you're sued, you're sued as an individual. When you're represented, you're represented as an individual. If a judgment is entered against you, it's collectible as against your personal assets. You're not a separate entity. So when you intervene on behalf of these directors, you intervene on behalf of them as individuals. I don't believe that's correct, and it certainly wasn't the intention, Your Honor. There was a dispute as to who controls... So you don't believe that that's what you did, or you don't believe that what Justice Posse said is correct? No, I don't believe that that's what I did. The dispute in the 2007 litigation included a question of control of the corporation. That was the whole reason to intervene in the first place. It was on the surface. The litigation was designed by the plaintiff's administrative commission to remove Pastor Ree from the property of the church because he had been removed from his pastor. But the property was owned by the corporation. The church didn't own any property. The corporation owned the property. Let me ask you a question that's in a different direction. I think we can all argue for a long time about whether or not who you represented and who retained you, but did you have... whoever retained you, did they have actual authority to hire you or was it apparent authority? Which one? There's no argument in your brief about apparent authority for you to represent the corporation, and I am wondering if you can tell me what is the actual authority you relied on as a reasonable person in assuming that you were representing the corporate entity and all of the directors in both their individual and corporate capacities. Because as I look at the record, I think that that is what you did at various times throughout this litigation, and I want to know on what authority did you do that? I was hired by the board of directors of the corporation. Prior to being hired, and I believe it's in the record, I met with the board of directors. I was given the corporate documents from the corporation. The people were, according to the state of Illinois, were the directors of the corporation. The corporation was in good standing. I had the articles of incorporation, the bylaws of the corporation, the annual reports of the corporation. I met with the board, discussed legal matters, and the board engaged me. Okay. At some point in this continuum of events, did it become apparent that the people who hired you may have been at odds or in conflict with the advisory committee who was now acting as succession authority for this church and for this corporation? Did it become apparent that maybe you were in a position of conflict? What was apparent from the beginning was that there was a conflict. There was a dispute in the church, but none in the corporation. There were two factions in the church. Those that supported the pastor and those that opposed. My question is a little different. I wonder if at some point, because that's an argument that your opponent makes in a, you know, not in a bad, direct way, but they're basically saying at some point no reasonable person in your position could reasonably have believed that he was acting, representing the corporate entity because you were basically acting against the interests of the corporate entity. That's their argument. And I want to know, you know, is there some merit to that argument? It seems to me like there are some factual basis where they can make that argument without seeming completely facetious. Well, I think it's close to facetious, Your Honor. The corporation engaged me. There was no reason to find to think that the corporation wasn't the corporation. And in terms of the legal relationships involved, it was apparent to me that the corporation was not the church. It was a separate legal entity. There were no interconnections with the church or with PCUSA. It owned the property. It had the complete legal right to control the property. However, because it was supporting a church, it was prudent to act as it did. It's a different question, but it's not a legal question. And so... At the time you met with the board, wasn't the lawsuit already filed? Yes, the lawsuit was pending. And the Sessions was already in control of the church and the corporation? Not in control of the corporation. The church is managed by a Session. It's an internal body which is recognized by PCUSA as a governing body within the church. Because of the conflict within the church, the Presbytery, which is next in the hierarchy above the Session,  and appointed this administrative commission, as you mentioned, to act as the Session. And that administrative commission, in the course of acting, removed Pastor Reed from his pastor, and this approach to resolving this conflict. That spawned internal ecclesiastical remedial cases. There's a whole internal judicial system in the Presbyterian Church. And so there was a case, or cases, concerning whether the removal of the pastor was proper. The administrative commission, however, forged ahead, insisting on its removal. Even though the property was owned by the corporation, it filed its action, seeking an injunction to remove Pastor Reed from the property of the church. So that was the way the case came into court. And in trying to do that, exercise that sort of control over the property that was owned by the corporation, the corporation felt it had to oppose it. It couldn't allow an outside agency to exert control over the corporation's property, and by doing so, over the corporation. So I was engaged to represent the corporation's interests, because as far as the corporation was concerned, it supported Reverend Reed and the fashion of the church that supported him. And so it wanted to enter this case in order to oppose any kind of claim or result that would in any way impair its ownership and control of the property. The property was the corporation's property. So it was under those circumstances that I entered the case. And the corporation, I believe, is clearly a separate entity. It's not interconnected with PCUSA. It's not part of the church. PCUSA would not recognize... Well, there is a recognition process. It could not exert any authority at all over this corporation because the members of the church are not members of this corporation. Isn't this whole thing... The question is not whether Reverend Reed or whoever the directors were had the authority to hire you. This is really about who is responsible for paying your bill. That's what your whole issue is about, isn't that so? Like, who is responsible for paying you this amount of money that you are owed for legal services? That's why we're all here. Isn't that what the real issue is that brings you before us today? Yes, that's the question. Who should pay the bill? But I think it's pretty clear who should pay the bill. Well, obviously, it's not pretty clear because you are now in the appellate court. So I would say that, no, it's not pretty clear. Maybe it's clear to you, but to your opponents, I think they say not. The question, all of the other arguments really, it all comes down to that. So when I asked you before about real or actual, about actual or apparent authority, that relates to that question because obviously somebody retained you and you did this body of work. You alleged that you've done this body of work and now somebody is responsible for paying for it. The people that you're asking to pay for it said, no, well, we didn't retain you and you have no authority to be retained by the people who claim to retain you. So, I mean, isn't that what this is all about? Well, that's what it's about, but the people who retain me don't say that, Your Honor. It's these other people who are trying to say that for the people who retained me. They have prevented the corporation from representing itself by asserting to the trial court that they can act for the corporation. Well, if the people who retained you paid the bill, wouldn't that resolve the whole thing? Well, of course. And in fact, when the 28- That would be the re-defendants, wouldn't it be? Well, I agree. And the other people, you know, Hung Yung Choy, Sung Yung Jun, and Tom Aiken, and Wu Ho Lee, those are the people- But those are the directors of the corporation. They hired me for the corporation. I worked for the corporation, and I- But you also worked for them. The corporation paid my fees until the end of that litigation. Now, they weren't fully paid, but the corporation paid my fees until the case concluded. When the case was concluded by this coerced, really, settlement, we recognized- You're then a client, though, so I think it's surprising to hear you call it coerced. You signed that agreement, though, didn't you? My client asked me to sign that agreement. That was simply a ministerial act. My client, a corporation of five directors who act for that corporation, signed that as the directors of the corporation. Further evidence that, in truth, PCUSA recognizes who acts for the corporation. They recognize that the directors act for the corporation. But the opposite can also be said to be true, that that document also shows the sovereignty, if you will, of PCUSA over the corporation. Well, it could be said, but I think I would counter that by saying that, if that were the case, there would be no need to have the directors sign the document, or to have the corporation sign the document, because the administrative commission itself, as they explain they are here, could do that. If there's a dispute, and the dispute is resolved, having the party sign that they agree with the resolution is just standard legal practice. So I'm not sure, if I understand your argument, that there would be no need for a settlement agreement. If, in fact, the session, or the administrative commission acting as the session, acted for the corporation, it could simply take various actions. But it didn't. And throughout that agreement, and I just, I don't have time to go through it, but it's explored. I love it when I ask you questions, you get to stand there. I think throughout that agreement, Your Honor, it's clear that the directors are recognized as the directors, and that they needed to act for the corporation. But that's just one piece of evidence. I go back to PCUSA's own rules. Before we go on, I get to ask another question. Sure. Go ahead. Tell me why the re-defendants have standing in this court. I would have to defer to Mr. Lee. He is their counsel. Well, he said he wasn't going to argue. I know he did. He wasn't going to argue on his behalf. So you're standing here now, but I'm asking you, because that's an important question. And I'd like an answer to it. I'm not able to answer that question. You're going to have to come up and answer the question, because I would like to know what gives your client standing. But you can think about it, but you're in the appellate court, and standing is a threshold question. So I need to know what gives you standing to be in this court, what gives your client standing. Continue. Thank you, Your Honor. You're going to have to bring it to a close, because I let you run over about double the time I told you you had. Well, can I get to hear from Mr. Lee once we have him? If he wants to talk to us, sure. You'll have to answer, but it's a question that I'd like you to address if possible. May I just get a shot, then? Excuse me. You're done. Do you have something to say about the standing issue? I'm a participant in the search of how representative you are in the district records of court proceedings in the public life case. In that case, my client was the key defendant in this case. The person I just brought up pointed out who is responsible for paying the bill that is the record for the defendants in the public life case. Our position is that the court records are the best of their power to manage the record of the corporation. But the conflict in the search is remaining, so if we set the government record as an exception, the court records go to the corporation. Defendants of the life case in the public life case are the records of the court who are responsible to protect the interests of the corporation on behalf of the members of the corporation. That's how we engage them. Most of the search is not to be paid by the CTC Corporation, not to be the sole defendants by our clients, but to be the end of the document. We are standing because we are the defendants in the other laws. We are also defendants in this present action of Mr. Nassif. Therefore, we are standing for this court. Did you challenge the trial court's ruling on any of these issues in the trial court? In terms of the public life case in this case? Either one. Yes, we did. We challenged the reality of the reservation order, to the point that I have another court. We also forced the court's ruling against our clients, the defendant's charges. Really? Okay. Gentlemen. Thank you. I'll address the standings. What's your name, counsel? I'm sorry, Scott Boyan, and I represent the Center for Lincoln Trails. I represent Fessler, Wagner, and Huff. And I also represent Canaan Presbyterian Church. Addressing the standing question first, we don't believe that the re-defendants have standing to appear before this court. Contrary to what's been represented, there were no arguments presented by the re-defendants in the Metzger case. This case, although no briefs were filed, the re-defendants never filed an answer. They never appeared at any of the arguments in this case before Judge Hyman or Judge Epstein. And I think the case law is fairly clear in this state. Standing to appear before an appellate court and argue a case such as this requires that the party who seeks to argue the case participate in the events below. And that is, presented an argument, presented case law, presented facts, that didn't occur here at all. It is not up to the appellate court to dig through the record to find a basis for supporting or reversing, as the case may be, a decision that the trial court is for the party, in this case the re-defendants, to put forth an argument that is coherent, that is focused, and is backed by law that hasn't been done. And accordingly, I don't think the re-defendants can, in fact, present an argument to the court. The second thing that I think does bear mentioning, the only brief that has been filed on behalf of any appellate has been the so-called joint brief, which was filed by Mr. Metzger. It is not signed by anybody representing the re-defendants. The only appearance that we have in this case for the re-defendants was the document statement filed by Mr. Lee. Mr. Metzger did not file a document statement on behalf of the re-defendants. I believe under Article 9, the document statement will suffice as an appearance. We don't have anybody in the appellate court who has filed an appearance on behalf of the re-defendants except for Mr. Lee. Mr. Lee has not filed a brief, has not filed a response, but I don't think that those defendants can present a case. Were re-defendants ever filed a notice of appeal? They did file a notice of appeal, yes. Both Mr. Metzger and Mr. Lee filed a case. They are not defendants in the particular accounts that are before us, I think. They are not defendants in the particular accounts that are being appealed here today. We're here today on Rule 304. There is, I might point out, still pending, a case brought by Mr. Metzger against the re-defendants in the case below. It's part of the underlying case. That is correct. Which raises some questions, I suppose, as to whether Mr. Metzger could, in this court, present arguments on behalf of the re-defendants when he's suing the defendants in the case that's still proceeding. I don't know if he can, but... It does present an interesting conflict, doesn't it? I think there's a lot of conflicts here, needless to say, and I think some of these conflicts, as we point out in our brief, would preclude Mr. Metzger from recovering anything from the Canadian Presbyterian Church. I don't know how I'll follow up on the conflict issue. I'm not quite certain how Mr. Metzger can be retained by the re-defendants to file an appearance in a case against CPC, nevertheless claim to represent CPC, appear before Judge Epstein and claim to represent CPC, be denied the opportunity to represent CPC because of the obvious conflict and because he's never been retained to represent CPC, nevertheless step into this court representing and filing a brief on behalf of not only Mr. Metzger, but also on behalf of the re-defendants, the parties for whom he has never filed an appearance. I think the case law is fairly clear in this state that a party that has an unresolved conflict can't collect a fee. Further to your point, I believe that if there is a fee to be collected here, and that's what we're here to talk about, that fee would be collected from the re-defendants who actually hire Mr. Metzger. Really getting to the heart of the case, I think the question is who represents Canaan Presbyterian Church and did the re-defendants have the authority to hire Mr. Metzger to represent Canaan Presbyterian Church? I think the answer on the first question is Canaan Presbyterian Church is represented by, it was always represented by once the church was affected by disorder, it was represented by the administrative commissions. First the Presbyterian Administrative Commission and later the Senate Administrative Commission. They were the ones who, pursuant to the Constitution of the church, controlled church activities and had the authority to in fact govern the church and it. Secondly, who had authority to hire? Well, if anybody had authority to hire it was the Administrative Commission, it was the Administrative Commission, of course, that hired me to represent Canaan Presbyterian Church. The questions... Mr. Coyne, let me ask you a different question. This comes before us because of entry of someone's evidence. Correct. Is there a material question of that here? Your Honor, I don't believe there is. Why not? I mean, there's a big argument here between who hired, who had the authority, had actual authority, who had apparent authority, although Mr. Metzger does not make an apparent authority argument, surprisingly. There is a big question. Is there a question of that? I'll address it in two parts, if I may.  ...conspiracy, quantum merit, unjust enrichment, tortious interference. Counsel has not addressed those in his oral argument. They aren't addressed in the brief. I don't think that the argument here on appeal that those issues, those counts, the claims raised in those counts have been anything other than the way that's the case. Now, I will concede that arguments have been raised here in the appellate court on count two, which is a contract, and I think that's what Your Honor is really addressing. With regards to that, there is no material issue with that. Getting to the authority, first of all, getting to the authority and the right of the trial court to determine who speaks for the church, Canaan Presbyterian Church. What Judge Hyman did in this case was he applied the time-honored neutral principles, and that is what the courts in this state, and apparently the courts around the country, have said is the proper approach. Typically, under First Amendment, the courts will refrain from getting involved in doctrinal disputes for obvious reasons. First Amendment rights the church to practice its religion as it sees fit. However, what the courts have also said, and the courts in Illinois in particular, there are property issues which the courts really must address or else we literally have chaos. Those property issues can and should be addressed by the court when those issues can be addressed and resolved on neutral principles of law. That is precisely what Judge Hyman did in this case.  He required the court to take a look at statutes, bylaws, and constitutions, and if a court, a trial court, a trial judge like Judge Hyman, can make a determination without getting enmeshed in doctrinal questions, questions of polity, then he can do something. He really must do something in order to strive for a peaceful resolution of a property dispute. That's what happened. That's what Judge Hyman did. He first of all took a look at the Articles of Incorporation of this church, Canaan Presbyterian Church. Those Articles of Incorporation back in, I believe it was 1979, provided rather clearly that the purpose of the corporation is to hold religious exercise based upon the constitution and doctrines of the church, PCUSA. Judge Hyman also looked at the constitution. In this case it's the Book of Order. That's the constitution of the PCUSA. That constitution very clearly provides that a particular church or corporation formed or maintained, and that's precisely what we've got here, a corporation maintained. It was maintained by the petitioners when they joined the church in 1979, and has been maintained continuously since. The Articles say exercise of religion under the constitution of the church. The constitution of the church, the Book of Order, provides that the corporation so formed and maintained is subject to the constitution and subject to session, session being the tributary that governs above the level of the church. In this case, as we saw, stepped in and took over for the corporation, for the church when the church was affected by this. So what Judge Hyman did was follow the law, stepped in when it was justified to resolve a property dispute. The property dispute really was more than just who's the pastor. I think the facts clearly indicate, and as I think we explained in our briefs, it was more than just who's the pastor. It was also who gets to control the property. In this case, the property of the church, the real property of the church, and as well the personal property of the church in the form of assets. That was the dispute. That's why we're here today because Mr. Metzger's not concerned about who's the pastor. He's concerned about who's going to pay his bill. So Judge Hyman stepped in, resolved those matters, as I think the law clearly provided that he could. They were resolved on neutral principles. It was Judge Hyman's determination from looking at the bylaws, I'm sorry, the articles, looking at the Constitution, and he determined that the persons who spoke for CPC and the Presbyterian church, the administrative commissions, first the Presbyterian Administrative Commission and later the Senate Administrative Commission, they spoke. Now we get to the question of authority. What authority, if any, did the redefendants have to hire anybody? Well, they clearly had the authority to hire somebody to represent themselves, and that's what they did. That's precisely what Mr. Metzger did in the case below. He was hired by the redefendants. He appeared for the redefendants. He signed the agreed settlement of order on behalf of the redefendants. And now, before this court, and, of course, before the trial court below, it's his position, well, the redefendants acknowledged the supremacy exception. They acknowledged in their agreed order the Constitution, the sovereignty, if you will, of the Constitution of the church over pastors, over property, over the church itself. But, well, let's not look at that. Let's look instead at it. And that was affirmed, the settlement. And was there also, I noticed that there was a proposed final order as part of the settlement agreement in the original case, and it provided that the declaratory claims that there would be judgment entered for the plaintiff, and that would include a declaration that the corporation was subject to PCU, I should say. Is that correct? That is correct. And was this order entered? My, and forgive me here, I'm a little foggy on the eventual execution of the final order in that other case. My recollection was a final order was, in fact, entered, and, of course, that was affirmed on appeal in the other matter. I don't believe it was in the precise same form as the one attached to the settlement. Oh, okay. However, as I recall, in that Rule 23 order, it was entered by the court in the other matter, the court said that the parties essentially contracted what the settlement order is. And so in this case, or I should say in that case, three defendants, CPC, all the parties before the court in that matter agreed that the corporation, the pastors, the elders, the property, all subject to the constitution of the Presbyterian Church USA. And it was to say it's our position that that is absolutely appropriate and it should have been done in that case. And the same logic, the same legal reasoning that applied in that case certainly applies in this case and dictates that. The persons who spoke for CPC were all of us. Once the church was affected by the disorder, the administrative commission was appointed by the session of, first it was the Presbyterian AC or administrative commission, then it was the Senate AC or administrative commission. And that's pursuant to the constitution. The neutral principles enabled Judge Heinlein to make that determination. And by the way, his determination in that regard was perfectly consistent with the determination made by Judge Epstein. Again, he didn't rely on Judge Epstein, so we don't have what the counsel calls a foolish inconsistency. I'm not sure where that came from. We have a consistency which, of course, we would contend is the hallmark of a fair and just judicial system. We want consistency, especially when consistent results are dictated by the facts and by the law. And that's precisely what we have in this case. A consistent result reached by a consistent, or a decision rather, I should say, reached by Judge Heinlein, which is consistent with a decision reached by Judge Epstein and ultimately affirmed in another matter, the companion case by the appellate court in that 123 order. I probably could go on for hours. No. Okay. Thank you, counsel. Thank you very much. Any questions? Any questions? Good morning, Your Honors, and may it please the courts. My name is Matthew Killen, and I represent the PCUSA in this matter. I'd like to make one point about your question on summary judgment. There are plenty of disputed facts here, but none of them are material. Mr. Metzger does a very thorough job of raising a lot of irrelevant points, but none of them can change the basic facts, which is what does the articles of incorporation say, what were the effects of the rulings in the underlying litigation, and did they have apparent authority to engage Mr. Metzger on behalf of the corporation? There's no argument on apparent authority by your opponent. He argues actual authority somewhat. That's true, although it's also relevant to a specific claim against my client, and I'll answer your question by talking about that, which is the claim for fraudulent transfer under the UFTA. And the point that that goes to is this idea that somehow the settlement agreement effectuated a fraud against Mr. Metzger by, quote, unquote, transferring property from one entity to the other. Now, we dispute that there was a transfer, but even assuming that there was a transfer, it can't possibly fraud against somebody who signed the document and participated in it. And so that point also goes to the fraudulent transfer, which is no reasonable person who signed the settlement agreement, participated in that litigation could say, oh, wait, this is fraudulent against me because now the corporation who I oppose in the underlying litigation isn't going to be paying me. Look, you know, this is, I'm listening to this argument, and it reminds me of taking a bowl and just mixing up a bunch of stuff and keep going around. Let's just get real basic about this. A not-for-profit corporation was organized sometime in 1977. Is that correct? And the sole purpose in its articles of incorporation was to conduct religious exercises in accordance with the doctrine of your claim. The Constitutional Doctrine of Rights, you're saying, correct. Now, at that particular point in time, it really wasn't affiliated with the Presbytery of Chicago, was it? No. That came in September of 1977. I believe that's correct. And they petitioned the Presbytery of Chicago to be constituted and organized as a church according to the provisions of the Constitution of the United Presbyterian Church in the USA. Is that correct? Correct. And that was granted, wasn't it, and they became part of the Chicago Presbytery? Absolutely. Did they ever withdraw from the Chicago Presbytery? They did not. They did not. And if they were a member of the Chicago Presbytery, What does the Constitution of the Presbyterian Church in the provisions of the Constitution of the United Presbyterian Church of Chicago say about the assets of any of its member churches in the event that there's a dispute? How is that handled? Well, so the way the Constitution is set up, my understanding is that any dispute allows the higher authorities, be that the session or the synod, to step in and take control. There is the congregation and there is the corporation that holds the property. The reason why the, and I believe this answers your question. If it doesn't, please go ahead and stop me. The reason why you create and maintain a corporation is because the PCUSA, the Book of Order, has to govern 50 states. And you have 50 different states' laws. And some states don't allow an unassociated congregation to actually hold property. So the PCUSA says if that's the case, there needs to be a corporation to hold the property on behalf of the church. But both the corporation and the congregation are the church together. They are the church. And so what the Constitutions and Doctrines say, the Book of Order says that in the event of a dispute, there are provisions in place for the session or the synod to step in as an administrative commission and take over the church. And that means both the corporation and the congregation. The church that we're talking about, the physical structure, was acquired when? I apologize, Your Honor, I don't. Because by 1982? I think that. And that was after they petitioned and were accepted as a member of the Presbytery of Chicago. That's correct, Your Honor. And that's before they ever withdrew from the Presbytery of Chicago. Is that correct? So at that particular juncture, according to their petition, the Presbytery of Chicago, they're governed according to the provisions of the Constitution of your church. Is that correct? Entirely correct, Your Honor. And that Constitution gives the authority to govern the church property in the event of a dispute to who? To the, I believe it's the session and then the synod, which is above the session, if I have the hierarchy correct. And they did do that, did they not? Correct. The administrative commission stepped in to take control of the church. Which ultimately resulted in a lawsuit that was filed relating to the eviction of Pastor Reed. Is that correct? Correct. And when was that lawsuit filed? I believe it was 2007. Okay. And at the time that that lawsuit was filed, in 2007, was this church still a part of the Presbytery of Chicago? Yes, I believe so. That's my recollection. I don't want to say definitively if that's my recollection. And the church's session was ultimately dissolved in 2006. Is that correct? Correct. And the other entity took over the operation of the church? Yes. And was it still a member of the Presbytery of Chicago at that time? Again, my recollection is that it was. And that entity served an eviction notice on Pastor Reed. He didn't comply. They filed a suit. And Mr. Metzger was engaged to defend that suit by somebody. Yes, by the Reed defendants. And, in fact, the caption on that lawsuit is CPC, a not-for-profit corporation, versus the Reed defendants. So at the time Mr. Metzger claims the Reed defendants engaged him on behalf of CPC, the not-for-profit corporation, and took a look at the lawsuit, my first question would be, well, wait a minute, you're saying you engaged me on behalf of the corporation, but here the corporation is suing you. At that point, a reasonable person would realize that the Reed defendants did not have authority, or at least had to inquire about the authority the Reed defendants had to engage the corporation that was suing them. But how it became clear when Judge Epstein made his ruling. Yes, yes, exactly. When did they transfer to the Midwest Hanley Presbytery? I don't, Your Honor, and I apologize for not knowing some of these factual issues definitively off the top of my head. 1996, maybe? 1994? 1996 sounds right to me. And the Midwest Hanley Presbytery belonged to the Synod of Lincoln Trails, is that correct? Yes. And the Synod of Lincoln Trails is also part and parcel of your organization? Correct, yes, absolutely. The hierarchy is sort of the PCUSA, which is the nationwide governing body,  How does a church withdraw from the presbytery or the Synod, or withdraw from your organization? Your Honor, I'll be candid, I'm not familiar with the procedure in a concise way that I can explain it to you. If it's important to Your Honor, I'd be happy to. No, I don't need another brief. I'm just wondering whether it was ever done in this case. It doesn't appear as if it was. No, I don't believe that it ever was done in this situation. Okay. I don't have any further questions. Nothing further? Your rebuttal, counsel? Your Honor, there are numerous misstatements to correct, but because time is so short, I think I want to try to just clarify a few aspects of the history of this. That seem to me not to be clear. That is, first of all, regarding the 2007 litigation, the administrative commission filed that lawsuit. It used the name of the corporation, but it was the administrative commission that filed that lawsuit. On behalf. They may have said, on behalf, I don't recall. But in the record, you will see that Judge Epstein, who made several mistakes in his ruling, understood that it was the administrative commission that was the plaintiff. And he referred to it many times as the Plaintiff AC. The head of the AC under oath stated that he didn't know why the name of the corporation was used. It was the administrative commission that approved the litigation. So let's dispel this nonsense notion that representing the corporation or the directors of the corporation as defendants was opposing the corporation as a plaintiff. The corporation was not the plaintiff at all. The administrative commission was the plaintiff. Secondly. What was the administrative commission's relationship to the corporation? It had none. The administrative commission was the plaintiff. What was its responsibility? Why was it there? It was appointed by the presbytery. To do what? To replace the session and act as the session of the church. Because of the internal dispute within the church. One of the parties to the internal dispute went to the presbytery. I understand that. But what I'm bleeding from your argument is you're saying the administrative commission was just there but had no authority to do anything. And I can't accept that. They were there for a reason. That's not what I'm saying. What is the reason that they were there as far as you understand it? Your question was what was its relationship to the corporation? My answer is it had no relationship to the corporation. The purpose of the administrative commission was to attempt to restore unity to the church. To act in place of the church's session, which was divided by conflict. And to restore unity within the church. That was the purpose. That was its appointment and that's why it was there. And its whole approach to restoring unity was to try to remove Pastor Reed and some of the elders of the church. It did that. It was ultimately overturned because it was wrong. It was improper and it went all the way up to the General Assembly of the church and it was overturned. And then came back and that was a reinstatement that occurred in conjunction with the settlement. So the Board of Directors did not oppose itself or its corporation. It opposed the administrative commission that was attempting to exercise authority over the corporation's property in that lawsuit. Was the administrative commission acting in accordance with the Constitution of the Presbyterian church? Well, the literal, the answer to the literal question is no. Because its actions were overturned because they were not in conformity with the Constitution. But the establishment of the commission, the answer would be yes. It was formed under the Constitution. Your articles of the corporation say that you exist pursuant to the Constitution, right? No, it doesn't say that the corporation exists pursuant to it. It says that the corporation will hold religious exercise based on Presbyterian constitutions and doctrines. Okay. That's all. How can you be subject to the Constitution and then not subject to the Constitution? It's not subject to the Constitution. The corporation is in no way subject to the Constitution. It doesn't purport to be. And the second point I wanted to make is that under PCUSA's own rule, PCUSA doesn't purport to have authority over this corporation. I went through the interconnections that are required. And yes? Mr. Maxwell, what was your answer to Dr. Kaufman's question on whether the administrative commission was acting in accordance with the Constitution of the Presbyterian church? What was your answer to that? My answer was that its actions were not, but its establishment was. In other words, it was appointed, it was established under the Constitution of PCUSA. It was given its authority to replace the session and act for the session under the Constitution of PCUSA. But the actions that it took violated the Constitution of PCUSA. And that's why they were ultimately overturned when the ecclesiastical case reached the general assembly. If this corporation, though, were a PCUSA corporation, as prescribed in the Book of Mormon by PCUSA, it still is a separate, self-governing entity. Well, did it become a PCUSA corporation when it petitioned for membership in East Presbyterian? It did not petition at all, Your Honor. It didn't? No, sir. It didn't? The church members, the congregation, the only way a particular church can be formed and recognized by PCUSA is when congregants petitioned PCUSA to be recognized as a particular church. And that's exactly what happened here in 1979 in September. The congregants petitioned to be recognized as a church. And that was accepted, and they were recognized as a particular church. Subsequent to that recognition, they did nothing to establish a PCUSA-type corporation. They did not change or modify the existing corporation. So PCUSA would have no ecclesiastical authority over that corporation because recognizing as legally it is a separate entity, there were no interconnections for it to use to exercise any authority. For example, if the session... Let's say there's a PCUSA corporation connected with a particular church, and the particular church session asks the corporation to do something, to take an action. It can only... First of all, I just... Mr. Minster, can I ask you to just respond to what... Mr. Minster, I made an argument about you being in a position of conflict in representing this court, your representation of the corporation, because you were at various times in the 2007 litigation acting against the corporation's interests. Can you respond to that? Well, I think my response would be what I said a couple moments ago, that I represented the corporation and the directors of the corporation at the request and on the engagement of the corporation and its directors with respect to various corporate matters and in the litigation brought by the administrative commission. The fact that the administrative commission's lawyer used the name of the corporation as the plaintiff in no way made that the corporation a plaintiff. The corporation opposed the administrative commission. The way that lawsuit really should have been brought is the administrative commission versus the corporation, because that's where the property control issue would be resolved. But instead, this administrative commission that had authority only over the church brought this action to assert control over property owned by the corporation. But that's only if we accept your position. Accept my position? That the corporation's not subject. Well, of course. Yes, indeed. You're correct, Your Honor. And hasn't that been decided back and forth a couple of times? Well, there's so many flaws in the 2007 decision, not that it's any authority for what happened here, except that the court below stated that it was going to make findings in accordance with it First of all, PCUSA lied to Judge Epstein in their pleadings on the motion to dismiss, all of which occurred before I entered the case, and told Judge Epstein that the church was a member, an affiliate of PCUSA at the time the corporation was formed. That was false. But it did become an affiliate of PCUSA at some time thereafter. It did, correct. And it's a not-for-profit corporation. Is it a particular church, the Presbyterian Church USA, pursuant to the book of work? The corporation is not. Corporations are not admitted to PCUSA. I'm only here in an exhibit in your opponent's brief that would purport to be restated bylaws of Canaan Presbyterian Church, CPC. The first paragraph says, the corporation is a Illinois not-for-profit corporation maintained by Canaan Presbyterian Church, a particular church of the Presbyterian Church USA, pursuant to Chapter 7 of the Book of Order, being Part 2 of the Constitution of the Presbyterian Church USA, parenthesis, Book of Order, the corporation shall at all times be operated in accordance with and subject to the Book of Order. Your Honor, those were made up long after this. That is part of what the Synod Administrative Commission did to try to what it saw as rectify the divisions by establishing new bylaws that say that. I assume that's what you're reading. I don't have that in front of me. But that was done in 2009. Prior to that time, the bylaws that are in the record are the bylaws of the corporation. Corporations don't become part of PC USA. Churches, congregations become part of PC USA. Then those congregations can form a corporation. And if they form it correctly, that will result in authority ecclesiastical only, authority to PC USA with respect to the exercise of certain powers that are designated in Section 7.0402 of the Book of Order. In order to have that authority, the members of the church have to be the members of the corporation. And the governance of the church has to be the governance of the corporation. Otherwise, the corporation is simply an independent entity, which PC USA recognizes. That's why they need the interconnections, so that if PC USA, if the session or a higher body, directs or requests that the corporation do something, it has a way, it has an ecclesiastical enforcement mechanism through these interconnections. Otherwise, it can't do anything. Case law is clear. It's hundreds of years old and established that ecclesiastical authority cannot be enforced in the court. So, suppose that a... Mr. Metzger, you're going way past rebuttal now. You're going on and on and on. We're trying to figure out whether or not this corporation was subject to the Constitution of PC USA at the time that you allegedly were engaged to represent it. If the answer to that question is they were subject, you lose. If the answer to that question is they weren't subject, you win. That's all this case is about. You are throwing in all sorts of facts and things all over the place. There's nothing that's confusing the issue here. I let you go on and on. I'm not hoping we get some direction. We're not getting any. Well, then I'll summarize with what I hope is a clarifying statement. The answer is no, and the reason is this. Under Illinois law, a corporation is an independent, a not-for-profit corporation is a separate, independent, self-governing entity governed by its board of directors. Under the corporation... Subject to its articles of incorporation. Under the articles of incorporation and the bylaws of this corporation, it is managed by its board of directors. It has no affiliations, no connections, no submission, no relationship with PCUSA, or even with the church that became the particular church. It's simply an independent corporation. Under PCUSA's own prescriptions, this corporation was not subject to its authority. There was no way that PCUSA could have any authority over this corporation. You can't simply declare it, and of course it doesn't purport to simply declare it. It says that we have authority over a corporation that's formed, as we prescribe here, with respect to that corporation's exercise of certain powers. None of that was in existence at any critical time in this case. When the corporation was formed in 1977, when the church affiliated with PCUSA in 1979, nothing was changed. When I was hired by the corporation in 2007, when the corporation, when the church moved from the Chicago Presbytery to the Midwest Pondy Presbytery in 1994, nothing ever happened to change this corporation, or connect it to PCUSA. Can I ask you a question? Who petitioned, in 1979, the Presbytery of Chicago to be constituted and organized as a church, according to the provisions and constitution of the United Presbyterian Church of the United States? Who's the petitioner? The individual congregants of the church. It was not the corporation. Correct. Correct. I believe the petition is an exhibit in one of the documents. Yes, it's an exhibit. And you have all the signatures of all of the congregants making this petition, asking to be constituted as a church. And the book of order states specifically... I don't want to get into that. I just want to know who the petitioner was. Thank you, Park. Okay. Counsel, thank you. Thank you. That will be taken under advisement. Thank you very much. Thank you.